USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2260 BRIAN PORTER, Petitioner, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent, Appellee. ____________________ ON APPEAL FROM THE DECISION OF THE UNITED STATES TAX COURT ____________________ Before Torruella, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Brian Porter on brief pro se. ____________ Loretta C. Argrett, Assistant Attorney General, Robert L. Baker ___________________ ________________ and Ann B. Durney, Attorneys, Tax Division, Department of Justice, on _____________ brief for appellee. ____________________ May 15, 1997 ____________________ Per Curiam. The tax court correctly determined ___________ that appellant's equitable arguments did not excuse him from paying taxes and that appellant, who presented no evidence, failed to carry his burden of demonstrating error in the Commissioner's deficiency assessment. Consequently, we affirm the judgment below. Affirmed. ________ -2-